No. 10–6671.   JACKSON *v.* BOISE LOCOMOTIVE.   C. A. 5th Cir. Certiorari denied.

No. 10–6705.   TOWNSEND *v.* KING, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 10–6717.   EBERT *v.* GAETZ, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 10–6718.   CZARKOWSKI *v.* MILLS, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION.   C. A. 9th Cir.   Certiorari denied.

No. 10–6723.   LINEBAUGH *v.* PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY.   C. A. 9th Cir.   Certiorari denied.

No. 10–6724.   MANDARELLI *v.* BARNHART, WARDEN.   C. A. 1st Cir.   Certiorari denied.

No. 10–6725.   NORTON *v.* COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 10–6737.   JONES *v.* LAFLER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 10–6752.   SMITH *v.* WEST VIRGINIA.   Sup. Ct. App. W. Va. Certiorari denied.

No. 10–6759.   FERGUSSON *v.* COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION.   C. A. 9th Cir. Certiorari denied.

No. 10–6769.   TOWNSEL *v.* QUINN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 10–6795.   AMADOR-BELTRAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 10–6823.   ESTRADA-ELIVERIO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 10–6826.   PARISH *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.